**IN RE T.B.**

[360 N.C. 59 (2005)]

IN THE MATTER OF T.B.

No. 598PA04

(Filed 4 November 2005)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 166 N.C. App. 763, 604 S.E.2d 695 (2004), affirming an order terminating respondent's parental rights filed 22 July 2003 by Judge George R. Murphy in District Court, Lee County. Heard in the Supreme Court 19 October 2005.

*Tron D. Faulk for petitioner-appellee Lee County Department of Social Services.*

*Peter Wood for respondent-appellant mother.*

*Elizabeth Boone for appellee Guardian ad Litem.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.